```
                              United States Bankruptcy Court
                               Southern District of Iowa
In re:                                                             Case No. 19-02194-lmj
Julie M Anderson                                                   Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0863-4          User: auto              Page 1 of 2              Date Rcvd: Sep 16, 2019
                              Form ID: 5309A          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db             +Julie M Anderson,    10415 Providence Drive,    Unit 107,    Johnston, IA 50131-4732
802414089       Abbott Osborn Van Vliet PLC,    974 73rd Street Suite 20,    Johnston, IA 50131
802414090      +American Coradius International LLC,    2420 Sweet Home Rd Ste 150,    Buffalo, NY 14228-2244
802414094       CIC Associates,    1601 NW 114th ST Suite 347,    Clive, IA 50325-7046
802414092      +Center Recovery Services, LLC,    5782 Blackshire Path Ste B,
                Inver Grove Heights, MN 55076-1623
802414093       Chest Infectious Diseases &Critical Care,    1601 NW 114th St. Suite 347,    Clive, IA 50325-7046
802414095      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
802414097      +EnerBankUSA,    Attn: Bankruptcy,    1245 Brickyard Rd Ste 600,    Salt Lake City, UT 84106-2562
802414098       General Service Bureau,    P.O. Box 641579,    Omaha, NE 68164-7579
802414099     #+Global Credit & Collection Corp,    P.O. Box 2127,    Schiller Park, IL 60176-0127
802414101      +Haverkamp Properties,    4720 Mortensen Rd #105,    Ames, IA 50014-5534
802414105      +Pathology Laboratory,    PO Box 34519,    Omaha, NE 68134-0519
802414107      +Radius Global Solutions LLC,    7831 Glenroy Rd.,    Suite 250-A,    Minneapolis, MN 55439-3117
802414108      +State Collection Services, Inc,    2509 S Stroughton Rd,    Madison, WI 53716-3314
802414113      +United Collection Bureau Inc,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
802414114       Unity Point Health,    PO Box 809284,    Chicago, IL 60680-9284
802414118      +Wetsch Abbot Osborn Van Vliet PLC,    PO Box 65930,    West Des Moines, IA 50265-0930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: office@markslawdm.com Sep 17 2019 00:22:49     Samuel Z Marks,
                4225 University Ave.,    Des Moines, IA  50311
tr             EDI: FDFNEIMAN.COM Sep 17 2019 04:23:00      Donald F Neiman,    801 Grand Avenue,   Ste 3700,
                Des Moines, IA  50309-8004
ust           +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Sep 17 2019 00:22:59      United States Trustee,
                Federal Bldg, Room 793,    210 Walnut Street,    Des Moines, IA 50309-2115
802414091     +EDI: CAPITALONE.COM Sep 17 2019 04:23:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
802414096     +EDI: CRFRSTNA.COM Sep 17 2019 04:23:00      Credit First National Association,
                Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
802414102     +EDI: IRS.COM Sep 17 2019 04:23:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
802414103     +E-mail/Text: bncnotices@becket-lee.com Sep 17 2019 00:22:54      Kohls/Capital One,
                Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
802414104     +E-mail/Text: bankruptcy@nfm.com Sep 17 2019 00:22:59      Nebraska Furniture Mart,
                Attn: Collections,    Po Box 2335,    Omaha, NE 68103-2335
802414106      EDI: RMSC.COM Sep 17 2019 04:23:00      PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
802414109     +EDI: RMSC.COM Sep 17 2019 04:23:00      Synchrony Bank/Gap,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
802414110     +EDI: RMSC.COM Sep 17 2019 04:23:00      Synchrony Bank/Mills Fleet Farm,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
802414111     +EDI: RMSC.COM Sep 17 2019 04:23:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
802414112     +EDI: WTRRNBANK.COM Sep 17 2019 04:23:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                Minneapolis, MN 55440-9475
802414115     +E-mail/Text: bkdesk@uiccu.org Sep 17 2019 00:23:02      Univ Ia Cu,    Attn: Bankruptcy,
                Po Box 800,    North Liberty, IA 52317-0800
802414116     +E-mail/Text: bkdesk@uiccu.org Sep 17 2019 00:23:02      University of Iowa Community Credit Unio,
                PO BOX 800,    North Liberty, IA 52317-0800
802414117     +EDI: WFFC.COM Sep 17 2019 04:23:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
802414100      Green State Credit Union
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:
          Donald F Neiman    trusteeneiman@bradshawlaw.com,
           IA02@ecfcbis.com;DFN@trustesolutions.com;DFN@trustesolutions.net
          Samuel Z Marks     on behalf of Debtor Julie M Anderson office@markslawdm.com,
           andreaskr49092@notify.bestcase.com
          United States Trustee    USTPRegion12.DM.ECF@usdoj.gov

TOTAL: 3

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Julie M Anderson | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 10415 Providence Drive<br>Unit 107<br>Johnston, IA 50131 | | |
| 4. | **Debtor's attorney**<br>Name and address | Samuel Z Marks<br>4225 University Ave.<br>Des Moines, IA 50311 | | Contact phone (515) 276–7211<br>Email: office@markslawdm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald F Neiman<br>801 Grand Avenue<br>Ste 3700<br>Des Moines, IA 50309–8004 | | Contact phone (515) 246–5877<br>Email: trusteeneiman@bradshawlaw.com |

Information to identify the case:

Debtor 1: Julie M Anderson
First Name   Middle Name   Last Name

Social Security number or ITIN: xxx–xx–3280
EIN: _ _–_ _ _ _ _ _ _

Debtor 2: 
(Spouse, if filing)   First Name   Middle Name   Last Name

Social Security number or ITIN: _ _ _ _
EIN: _ _–_ _ _ _ _ _ _

United States Bankruptcy Court: Southern District of Iowa

Date case filed for chapter: 7    9/16/19

Case number: 19–02194–lmj7

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 110 E. Court Ave. <br> Suite 300 <br> Des Moines, IA 50309 | Office Hours: 08:00 AM – 05:00 PM Monday – Friday <br><br> Contact phone (515) 284–6230 <br><br> Date: 9/16/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 24, 2019 at 08:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Room 783, Federal Building, 210 Walnut, Des Moines, IA 50309** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/23/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** If applicable, 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Cellular phones** | Only attorneys and their employees may carry cell phones and other portable communication devices into hearing locations. | |