# IOWA VEHICLE RETAIL INSTALLMENT CONTRACT, SECURITY AGREEMENT, AND DISCLOSURE STATEMENT

DEAL#: 78956   STK#: C18425   CONTRACT No. 100498

DATE: 12

**Dealer's (Creditor-Seller) Name and Address**
BILLION CHEV BUICK GMC CADILLAC
2733 MORMON TREK BLVD
IOWA CITY, IA 52246

**Buyer (and Co-Buyer) Name and Address**
JULIE MARIE PIKE
440 BRADLEY PLACE UNIT 28
NORTH LIBERTY, IA 52317

**Description of Purchased Vehicle:** ☒ New ☐ Used ☐ Demo ☐ Car ☒ Truck

| Year | Make | Model | Body Type | V.I.N. |
|---|---|---|---|---|
| 2017 | CHEVROLET | SILVERADO150 | 1500 4W LT CREW | 3GCUKREC8HG483649 |

**Primary Use for Which Purchased:** ☐ Personal, Household or Family ☐ Business ☐ Agricultural ☐ Other

| TRADE-IN | Year, Make and Model | Gross Allowance | Amount Owing | Net Trade-In Allowance or Remaining Trade-In Debt |
|---|---|---|---|---|
| | 2014 CHEVROLET IMPALA | $ 17000.00 | $ 25297.81 | $ -8297.81 |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled. | TOTAL SALE PRICE<br>The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 9.79 % | $ 16481.01 | $ 49748.91 | $ 66229.92 | $ 66229.92 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 919.86 | MONTHLY BEGINNING: 02/13/2018 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**Security:** You are giving a security interest in the vehicle being purchased.
**Late Charge:** If any payment is not paid in full within 10 days after it is due, you will be charged $15.00 or 5% of the part of the payment which is late, whichever is less.
**Prepayment:** If you pay off early, you (check the appropriate box): ☐ will ☒ will not have to pay a minimum charge of $7.50.
See the other side of this contract for additional terms including information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and security interest.

### INSURANCE COVERAGE

**Physical Damage Insurance** is required.
You may obtain it from anyone who is acceptable to us or you may provide it through a policy you already have.

If you get the insurance from us, the cost is shown in item 4e at right.

**INSURANCE OBTAINED FROM US DOES NOT INCLUDE LIABILITY FOR INJURY TO PERSONS OR DAMAGE TO PROPERTY OF OTHERS.**

Term: N/A months
Insurance Company: N/A
☐ Collision ($ N/A deductible)
☐ Comprehensive ($ N/A deductible)
☐ Fire, Theft and combined additional coverage
Other required insurance (describe):
Other optional insurance (describe):

**Credit Life, Credit Accident and Health Insurance ("Credit A&H Insurance") and/or debt cancellation (GAP) coverage are not required to obtain credit and your decision to buy or not buy Credit Life, Credit A&H and GAP will not be a factor in the credit approval process.** They will not be provided unless you agree to pay by checking the coverage and signing below. The cost of the coverage is shown in item 4 at right. Check the coverage desired:
☐ Life (☐ Buyer ☐ Co-Buyer ☐ Both) ☒ Debt Cancellation (GAP)
☐ Accident and Health (☐ Buyer ☐ Buyer & Co-Buyer)
Insurance Company:
You want to buy the coverage checked above for the term of the contract and at the cost listed in item 4 at right.

X _(signature)_   12/30/2017
Buyer Signature   Date

X _____
Co-Buyer Signature   Date

### ITEMIZATION OF AMOUNT FINANCED

1. **Cash Price**   $ 45118.00 (1)
2. **Down Payment**
   Trade-In (Year, Make, Model) 2014 CHEVROLE IMPALA
   a. Gross Trade-In Allowance   $ 17000.00
   b. Less Payoff Made by Seller   $ 25297.81
   c. Net Trade-In (a-b)   $ -8297.81
   d. Cash   $ N/A
   e. Other REBATE   $ 5500.00
   Total Downpayment (c+d+e) (If negative, enter "0" and see line 4h below) $ 0.00 (2)
3. **Unpaid Balance of Cash Price (1 - 2)**   $ 45118.00 (3)
4. **Paid to Others on Your Behalf**
   To Public Officials for:
   a. License and Title Fees   $ 62.00
   b. Lien Filing Fee   $ 10.00
   c. Taxes (not in Cash Price)   $ 1011.10
   d. N/A   $ N/A
   *To Insurance Companies for:
   e. Physical Damage Insurance   $ N/A
   f. Credit Life Insurance   $ N/A
   g. Credit A and H Insurance   $ N/A
   h. To for prior credit or lease balance   $ 2797.81
   *i. To N/A for N/A   $ N/A
   *j. To N/A for N/A   $ N/A
   *k. To SMART AUTOCARE for GAP   $ 750.00
   *l. To N/A for N/A   $ N/A
   *m. To N/A for N/A   $ N/A
   Total Paid to Others (Add 4a through 4m)   $ 4630.91 (4)
5. **Amount Financed (3+4)**   $ 49748.91 (5)
   * We may be retaining a portion of these amounts.

**HOW THIS CONTRACT CAN BE CHANGED: IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.**

Buyer Signature X _(signature)_   Co-Buyer Signature X _____

If you are buying a used vehicle, **THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.** La informacion que aparece en la ventanilla de este vehiculo forma parte de este contrato. La informacion contenida en el formulario de la ventanilla anula cualquier prevision que establezca lo contrario y que aparezca en el contrato de venta.

**NOTICE TO CONSUMER (BUYER):** (1) Do not sign this paper before you read it. (2) You are entitled to a copy of this paper. (3) You may prepay the unpaid balance at any time without penalty, and may be entitled to receive a refund of unearned charges in accordance with law. (4) If the box in the Prepayment section above is checked, and you prepay the unpaid balance, you will have to pay a minimum charge no greater than seven dollars and fifty cents ($7.50).

*The Annual Percentage Rate may be negotiable with the Dealer. The Dealer may assign this contract and retain its right to receive a part of the Finance Charge. Do not sign this Contract on a Sunday.*

You are certifying that you are at least 18 years old, that you have read this contract, front and back, and agree to its terms, and that you received a completely filled-in copy when you signed it. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it.

X _(signature)_   12/30/17
Dealer's Authorized Representative   Date

X _(signature)_   12/30/17
Buyer Signature   Date

X _____
Signature of Co-Owner Not Obligated on Debt Consenting to and Granting Security Interest   Date   Co-Buyer Signature   Date

**FOR DEALER'S USE ONLY: DEALER'S ASSIGNMENT**
For valuable consideration, which Dealer acknowledges receiving, Dealer assigns this contract and the debt secured by it to _____
**U OF I COMMUNITY CREDIT UNION** ("Assignee"): ☐ (A) with recourse ☐ (B) with recourse for a period of ____ days but without recourse thereafter ☒ (C) without recourse; or ☐ (D) subject to the provisions of an underlying agreement currently in effect between Dealer and Assignee (Check one).

Dealer certifies that the buyer has the legal capacity and authority to execute this contract; that there has been no default; that the vehicle is free and clear of all claims, liens and encumbrances of any kind; that Dealer has complied with all applicable provisions of the Iowa Consumer Credit Code and the Federal Truth in Lending Act; and that all disclosures required by law were made to the buyer before execution of the contract.

If this assignment is made subject to (A) (with recourse) or (B) (with recourse for a specified period of time), then if the buyer defaults in payment during the period recourse is in effect, Assignee must give Dealer notice of the default, in writing, within 30 days after the default. If Assignee fails to give Dealer this notice, Assignee will have no claim against Dealer for any loss sustained by Assignee as a result of the buyer's refusal or failure to pay any or all of the debt.

If this agreement is made subject to (B) (with recourse for a specified period of time) or (C) (without recourse), then after the period of recourse, if the buyer fails or refuses to make any payment because of a claim against Assignee resulting from an alleged breach of contract relating to this debt by Dealer. Assignee must promptly inform Dealer in writing of the claim and default. At Dealer's option, Dealer may elect to settle or defend against the claim. Dealer agrees to indemnify Assignee for any loss resulting from Dealer's election to settle or defend against the claim. If Dealer does not elect to settle or defend against the claim, then Dealer agrees to indemnify Assignee for any loss to Assignee resulting from a judicial set-off recovery against Assignee on the claim.

Date: 12/30/17   Signature and Title of Dealer's Authorized Representative: _(signature)_

37935*1*ICCHEV-FI   Form e-RIC12 ©IADA Services, Inc. Rev. 4/14

# Contract Terms and Conditions

**1. Parties.** In this contract, the words "we," "us" and "our" refer to the creditor (seller) and to any holder to whom this contract is sold. The words "you" and "your" refer to the buyer and co-buyer, if any.

**2. Payment.** The "Cash Price" of the vehicle is listed on the front of this contract. By signing this contract, you have agreed to buy the vehicle on credit. The credit price is the amount shown as "Total of Payments" which you promise to pay. You must make all payments when due. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose. You may prepay this debt at any time. We will refund any unearned finance charges as the law requires. There will be no refund of less than $1.00. If you pay off early, you may have to pay a minimum charge of $7.50 as indicated on the front of this contract.

**3. Finance Charge.** The actual amount of finance charges you will pay depends on your payment patterns. The actual finance charge is calculated by applying the annual percentage rate to the unpaid balance of the amount financed on a daily basis until the amount financed is repaid in full. The actual finance charge may be more than the finance charge disclosed on the front if you make your payments later than the scheduled dates or in less than the scheduled amount. If any payment is not paid in full within 10 days after it is due, you will be charged an additional $15.00 or 5% of that part of the payment which is late, whichever is less.

**4. Right to Refinance Balloon Payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you may refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

**5. Security Interest.** We retain a security interest under the Uniform Commercial Code in the vehicle you are buying. This security interest includes any accessories, equipment and replacement parts installed in the vehicle. You also assign to us any proceeds (up to the amount of the unpaid balance) of any insurance or service contracts on the vehicle or proceeds from life or health insurance which is financed in this contract. You appoint us as your attorney-in-fact to note the security interest on the vehicle title. You must take care of the vehicle, and obey all laws in using it. You may not sell the vehicle without our prior express consent. You must keep the vehicle free from the claims of others. You may not rent, transfer, or encumber this vehicle or remove any part from it. You will maintain a current license and registration on the vehicle during the term of this contract. You will not remove the vehicle from the continental United States and you will notify us immediately of any change of your address.

**6. Vehicle Use.** You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, charges on the vehicle, you agree to repay the amount when we ask for it.

**7. Risk of Loss and Vehicle Insurance.** You are solely responsible for any loss, damage, theft or destruction of the vehicle. You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. If at any time you do not have physical damage insurance which covers both your interest and our interest in the vehicle, then we may buy the insurance for you. We are under no obligation to do so. The insurance we buy will be substantially the same as the insurance you are required to maintin, except that we may choose to insure both your interest and our interest, or only our interest. If we buy either of these coverages, we will let you know what type it is and the charge you must pay. The charge will be the cost of insurance and a finance charge, at a rate equal to the rate on the front of this contract. You agree to pay the charge in equal installments along with the payments shown on the payment schedule, or pay the charge in full upon demand, at our option. If the vehicle is lost or damaged, you agree that we can use any insurance settlement either to repair the vehicle or to apply it to your debt.

**8. Late Payment.** You may pay any cost which we paid to collect a late payment as allowed by law. Acceptance of a late payment or late charge does not excuse your default or mean that you can keep making payments after they are due. We may take steps described below if there is a default.

**9. Default.** If you break your promises (default), we may demand that you pay all you owe at once after we give you any notice the law requires. If you purchased the vehicle primarily for personal, family or household use, default means: (1) You pay any payment more than 10 days late or not at all; or (2) You made a material misrepresentation when you applied for credit; you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that, we will only treat these events as defaults if they materially impair the condition or value of the vehicle, our right in the vehicle, or the prospect that you will pay. If you purchased the vehicle primarily for business or agricultural use, default means: (1) You fail to make any payment when due, or (2) You made a material misrepresentation when you applied for credit, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract.

If you default, and after we give you any notice the law requires, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If we repossess the vehicle, you may be able to pay to get it back. We will tell you how much to pay to get the vehicle back (redeem). Your right to redeem ends when we sell the vehicle. If you do not pay to get the vehicle back, the vehicle will be sold. We will send you a written notice of sale before selling the vehicle. The money from the sale will be used to pay the amount you owe, less any expenses the law allows us to charge you. These expenses are those paid as a direct result of having to retake the vehicle, hold it, prepare it for sale and sell it. Unless you are an individual or a partnership of individuals, you will also have to pay the attorney's fee and court costs we incur to collect what you owe. If money from the sale is not enough to pay the amount you owe, and unless otherwise provided by law, you will owe us the deficiency. If you do not pay the deficiency balance when we ask, we may charge you interest on the amount of the deficiency at the highest lawful rate until you pay. If there is any money left from the sale, we will pay that surplus to you.

If we repossess the vehicle any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for your personal items back, we may dispose of them as allowed by law.

**10. General.** Federal and Iowa law apply to this contract. If that law does not allow all of the agreements in this contract, the ones that are not allowed will be void. The rest of this contract will be valid. The paragraph headings are for convenience only and do not limit the terms of this contract.

**11. Warranty Disclaimer.** You understand that there are no implied warranties of merchantability, fitness for a particular purpose, or any other warranties, express or implied, covering the vehicle unless we provide you with a written warranty or service contract within 90 days from the date of this contract. If we do so, any implied warranty will last only as long as the limited written warranty.

This provision does not affect any warranties which may be provided by the vehicle manufacturer.

**12. Authorization.** You authorize us to communicate with your spouse in connection with this contract and collection of debt.

YOU MUST GIVE US NOTICE OF ANY BREACH OF CONTRACT OR BREACH OF WARRANTY APPLICABLE TO THE GOODS WITHIN 30 DAYS OF THE TIME YOU DISCOVER OR SHOULD HAVE DISCOVERED THE BREACH OR YOU WILL BE BARRED FROM ANY REMEDY FOR THE BREACH. YOU MUST THEN RETURN THE GOODS TO THE DEALER, OR TO ANYONE DESIGNATED BY THE DEALER, WITHIN 30 DAYS AFTER THE NOTICE TO ALLOW THE DEALER THE OPPORTUNITY TO CURE THE BREACH OR YOU WILL BE BARRED FROM ANY REMEDY FOR THE BREACH.

### NOTICE
ANY HOLDER OF THE CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

This notice does not apply if the vehicle was purchased primarily for commercial or agricultural use.

Form e-RIC12 (BACK) © IADA Services, Inc. Rev. 4/14



## Lien and Title Information Report

3710-GREENSTATE CREDIT UNION (FKA UNIVERSITY OF IOWA)

| | | | |
|---|---|---|---|
| **Account No.** | ▇▇▇▇-1 | **VIN** | 3GCUKREC8HG483649 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | PIKE,JULIE M | | |
| **Organization ID** | 3710 | **Organization Name** | GREENSTATE CREDIT UNION (FKA UNIVERSITY OF IOWA) |
| **Lien Start** | 01/03/2018 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | |
| **Loan ID** | | **Approval Code** | 1591 |
| **Approval Name** | DOUGLAS WHITE | **Branch** | 1602 |

### Last ELT Transactions

| | |
|---|---|
| Received On | |
| 2018-04-20 04:40:45.0 | Add Record - Perfection of Lien |

### Borrower / Lesee Details

| | |
|---|---|
| **Name** | PIKE,JULIE M |
| **Address** | 440 BRADLEY PL UNIT 8,NORTH LIBERTY IA,52317 |

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | CHEVROLET |
| **Model** | SILVERADO | **Year** | 2017 |
| **Mileage** | 0 | | |

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 77AU00923 | **Title State** | IA |
| **Tag Number** | | **VIN** | 3GCUKREC8HG483649 |
| **Status** | MATCHED | **Match Date** | 04/20/2018 |
| **Lien Expiration Date** | | **Media Type** | Electronic |

### State Information

| | | | |
|---|---|---|---|
| **Name** | ANDERSON,JULIE MARIE | **Lessee** | |
| **Address** | 10415 PROVIDENCE DR UNIT 107,JOHNSTON IA,50131 | | |
| **Vehicle Type** | | **Make** | CHEVROLET |
| **Model** | SILVERADO K1 | **Year** | 2017 |
| **Mileage** | 6643 | | |
| **Title State** | IA | **Title Number** | 77AU00923 |

**ANDERSON,JULIE M Loan 0001: 2017 CHEVROLET SILVERADO 1500 P..09/25/2019**

A payment of **$43,910.18** is required to pay off this loan on **09/16/19**.

```
Principal Balance:                    43,214.72
Interest Type:                            Daily
Interest Rate:                            9.790
Interest Due:                            695.46
One Day's Interest:                     11.5910
Due Date:                            07/13/2019
Amount Past Due by Payoff Date:        2,727.62
Past Due Payment Count:                       3
Late Charge Due:                           0.00
```



Page 1



# INTERIM-STATEMENT

| JULIE M ANDERSON | ACCOUNT: XXXXXXX724 | PERIOD: 01/01/01 TO 09/25/19 |
|---|---|---|

**2017 CHEVROLET SILVERADO 1500 ID:0001**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 01/03/18 | | ID 0001 - **2017 Chevrolet Silverado 1500** Balance Forward | | 0.00 |
| 01/03/18 | 01/03/18 | NEW LOAN DISBURSE NEW LOAN BALANCE - 0014311724-01 | 49,748.91 | 49,748.91 |
| 02/12/18 | 02/12/18 | **PAYMENT - THANK YOU DRAFT MAIL DEPOSIT** | 950.00 | 49,386.03 |
| | | Finance Charge: $ 587.12 Fees: $ 0.00 | | |
| 03/14/18 | 03/14/18 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | 950.00 | 48,833.42 |
| | | Finance Charge: $ 397.39 Fees: $ 0.00 | | |
| 04/10/18 | 04/10/18 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | 950.00 | 48,237.07 |
| | | Finance Charge: $ 353.65 Fees: $ 0.00 | | |
| 05/21/18 | 05/21/18 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | 950.00 | 47,817.53 |
| | | Finance Charge: $ 530.46 Fees: $ 0.00 | | |
| 06/29/18 | 06/29/18 | **PAYMENT - THANK YOU CHECK CHECK RECEIVED 919.86** | 919.86 | 47,412.87 |
| | | Finance Charge: $ 500.20 Fees: $ 15.00 | | |
| 08/11/18 | 08/11/18 | **PAYMENT DEFERMENT: 2 PAYMENT(S)** | 0.00 | 47,412.87 |
| 08/11/18 | 08/11/18 | LOAN ADVANCE FEE DEFERMENT FEE: $ 60.00 ($30.00*2 MTHS) | 60.00 | 47,472.87 |
| 09/24/18 | 09/24/18 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | 450.00 | 47,472.87 |
| | | Finance Charge: $ 450.00 Fees: $ 0.00 | | |
| 10/02/18 | 10/02/18 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | 25.00 | 47,472.87 |
| | | Finance Charge: $ 10.00 Fees: $ 15.00 | | |
| 10/02/18 | 10/02/18 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | 450.00 | 47,472.87 |
| | | Finance Charge: $ 450.00 Fees: $ 0.00 | | |
| 11/06/18 | 11/06/18 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | 800.00 | 47,432.49 |
| | | Finance Charge: $ 744.62 Fees: $ 15.00 | | |
| 12/03/18 | 12/03/18 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | 950.00 | 46,840.99 |
| | | Finance Charge: $ 343.50 Fees: $ 15.00 | | |

| | | | | |
|---|---|---|---|---|
| 01/07/19 | 01/07/19 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | **920.00** | 46,375.72 |
| | | **Finance Charge:** $ 439.73 **Fees:** $ 15.00 | | |
| 02/11/19 | 02/11/19 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | **900.00** | 45,926.08 |
| | | **Finance Charge:** $ 435.36 **Fees:** $ 15.00 | | |
| 03/20/19 | 03/20/19 | **PAYMENT - THANK YOU CHECK CHECK RECEIVED 925.00** | 925.00 | 45,471.86 |
| | | **Finance Charge:** $ 455.78 **Fees:** $ 15.00 | | |
| 04/08/19 | 04/08/19 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | **920.00** | 44,783.59 |
| | | **Finance Charge:** $ 231.73 **Fees:** $ 0.00 | | |
| 04/22/19 | 04/22/19 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | **925.00** | 44,026.76 |
| | | **Finance Charge:** $ 168.17 **Fees:** $ 0.00 | | |
| 05/20/19 | 05/20/19 | **PAYMENT - THANK YOU ACH UICCU EXT TRANSF TYPE: ACH S REC CO: UICCU EXT TRANSF** | **925.00** | 43,432.41 |
| | | **Finance Charge:** $ 330.65 **Fees:** $ 0.00 | | |
| 07/18/19 | 07/18/19 | **PAYMENT - THANK YOU ACH GREENSTATE EXT T TYPE: ACH S REC CO: GREENSTATE EXT T** | **920.00** | 43,214.72 |
| | | **Finance Charge:** $ 687.31 **Fees:** $ 15.00 | | |
| 09/25/19 | | Ending Balance | | 43,214.72 |

 September 17, 2019 US Edition

### 2017 CHEVROLET 1500 SILVERADO 4WD V8 FFV CREW CAB 5.3L LT

3GCUKREC8**HG483649**

## MMR



BASE
**$25,500**

Avg Odo (mi): 67,484
Avg Cond: 3.8

Typical Range
**$21,100** - **$30,000**

**ADJUSTMENTS**

Odometer
- -

Region
- -

AutoGrade
- -

Ext Color
- -

**ADJUSTED**
- -



$21,100 — $25,500 — $30,000

▼ **Transactions**  Showing 25 of 100    Filter    Export

| Date | Price | Odo (mi) | Cond | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 9/16/19 | $25,600 | 68,366 | 4.3 | 8G/A | Silver | Regular | Southeast | North Carolina |
| 9/16/19 | $25,800 | 54,017 | 3.2 | 8G/A | Gray | Lease | Southeast | North Carolina |
| 9/13/19 | $26,000 | 62,028 | 4.7 | 8G/A | White | Regular | West Coast | Utah |
| 9/13/19 | $30,000 | 34,002 | 2.4 | 8G/A | Gray | Regular | Southwest | Dallas |
| 9/13/19 | $26,000 | 66,028 | 4.4 | 8G/A | Silver | Lease | Southwest | Texas Hobby |
| 9/13/19 | $32,500 | 3,494 | 4.3 | 8G/A | Blue | Regular | Northeast | Pennsylvania |
| 9/12/19 | $34,800* | 25,137 | - - | 8G/- - | White | Regular | Midwest | Flint |
| 9/12/19 | $21,000 | 101,266 | 3.3 | 8G/A | White | Lease | Southwest | Omaha |
| 9/12/19 | $22,200 | 98,636 | 3.9 | 8G/A | Gray | Lease | Southeast | Atlanta |
| 9/12/19 | $22,000 | 115,756 | 4.0 | 8G/A | Red | Lease | Southwest | Omaha |
| 9/12/19 | $24,000 | 77,824 | 3.1 | 8G/A | Black | Lease | Midwest | |

Showing 25 of 100
* Transactions not in sample
Condition Reports from AutoGrade

| Date | Price | Odo (mi) | Cond | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Northstar Minnesota |
| 9/12/19 | $31,800 | 24,708 | 4.7 | 8G/A | Red | Regular | Northeast | Pennsylvania |
| 9/12/19 | $24,400 | 57,552 | 2.5 | 8G/A | Gray | Lease | Southwest | Omaha |
| 9/12/19 | $22,000 | 89,258 | 4.2 | 8G/A | White | Lease | Midwest | Northstar Minnesota |
| 9/12/19 | $27,000 | 38,038 | 3.8 | 8G/A | Silver | Regular | Midwest | Detroit |
| 9/12/19 | $30,300 | 42,865 | 4.0 | 8G/A | Black | Lease | Southeast | Darlington |
| 9/12/19 | $22,700 | 86,719 | 3.7 | 8G/A | Black | Lease | Southwest | Omaha |
| 9/12/19 | $29,500 | 20,811 | 4.2 | 8G/A | Black | Regular | Midwest | Detroit |
| 9/12/19 | $22,000 | 88,110 | 4.2 | 8ET/A | White | Lease | Midwest | Northstar Minnesota |
| 9/12/19 | $27,600 | 47,588 | 3.9 | 8G/A | Red | Lease | West Coast | Southern California |
| 9/11/19 | $21,200 | 99,169 | 2.6 | 8G/A | Red | Lease | Midwest | Milwaukee |
| 9/11/19 | $33,000 | 13,987 | 4.7 | 8G/A | Black | Lease | West Coast | California |
| 9/11/19 | $28,000 | 53,027 | 4.2 | 8G/A | White | Lease | Southeast | Nashville |
| 9/11/19 | $20,750 | 105,803 | 4.4 | 8G/A | White | Lease | Southwest | San Antonio |
| 9/11/19 | $20,200 | 107,361 | 4.3 | 8G/A | Black | Lease | Midwest | Minneapolis |

Showing 25 of 100
* Transactions not in sample
Condition Reports from AutoGrade

## Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| $25,400 | $27,200 | $31,500 |
| 67,484 mi | 41,844 mi | 26,543 mi |

## Projected Average

Next Month

$25,500