IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-02194 |
| | ) | Chapter 7 |
| JULIE M. ANDERSON | ) | |
| | ) | ORDER RE: RELIEF |
| Debtors. | ) | FROM AUTOMATIC STAY WITH CONSENT |

The Creditor, GreenState Credit Union f/k/a University of Iowa Community Credit Union, has filed a Motion to Lift Stay on October 18, 2019. The Motion to Lift Stay has been consented by the Debtor's Attorney, Samuel Marks, and Trustee, Donald Neiman.

With there being no objection by either party, the Plaintiff's Motion to Lift Stay is hereby GRANTED.

Therefore, it is hereby Ordered that: The creditor, GreenState Credit Union f/k/a University of Iowa Community Credit Union, is granted relief from the automatic stay to pursue its in rem remedies under applicable law. Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply. As required by any applicable federal rule or statute, the filer shall serve this order on all appropriate parties (except those parties who will receive notice of electronic filing).


Dated and Entered: